

# Fourth Court of Appeals
## San Antonio, Texas

December 12, 2018

No. 04-18-00853-CV

**IN RE C.D.M** and C.M.M, Children

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Rebeca C. Martinez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The relator's motion for extension of time to file transcript with this court is hereby GRANTED.

It is so **ORDERED** on this December, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2012-CI-13803, styled *In the Interest of C.D.M. and C.M.M., Children*, pending in the 166th Judicial District Court, Bexar County, Texas, the Honorable David A. Canales presiding.